**432**

■

149 A.3d 553

IN RE: ADOPTION/GUARDIANSHIP OF L.B. and I.L.

Pet. Docket No. 387, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Reported below: 229 Md.App. 566, 143 A.3d 655.

Petition for writ of certiorari denied.

■

149 A.3d 553

JAREAUX

v.

PROCTOR

Pet. Docket No. 353, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 322, Sept. Term, 2015).

Petition for writ of certiorari denied.